IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NATAVIA WILLIAMS                                          PLAINTIFF

No. 2:17-cv-80-DPM

CHARLES BYRD, Individually
and In His Official Capacity as a
Police of the City of Helena-West
Helena                                                    DEFENDANT

## ORDER

The Court understands that Williams's lawyer has been in a trial, which ended yesterday. Please address the bankruptcy and possible nonsuit issues today, № 27, so this Court can manage its docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019