IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NATAVIA WILLIAMS                                            PLAINTIFF

No. 2:17-cv-80-DPM

CHARLES BYRD, Individually
as a Police of the City of Helena-West
Helena                                                      DEFENDANT

ORDER

1. The Court appreciates Williams's prompt response and the Bankruptcy Court Order.

2. The Court will convene with counsel at noon on Monday, 11 March 2019 in Helena. We'll cover exhibits and loose ends. The panel of potential jurors will be ready by 12:30 p.m. We'll pick the jury and open Monday afternoon. And we'll start the proof at 9:00 a.m. Tuesday.

3. By Wednesday, 6 March 2019, the parties should deliver the original exhibits, and the Court's courtesy copy, in three-ring binders to the Courtroom Deputy in Little Rock. Please also email to chambers an electronic copy, plus (on the Court's forms) the exhibit and witness lists.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019