# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**NATAVIA WILLIAMS**                                      PLAINTIFF

No. 2:17-cv-80-DPM

**CHARLES BYRD, Individually
and In His Official Capacity as a
Police Officer of the City of
Helena-West Helena**                                      DEFENDANT

## ORDER

Before the trial began, the parties settled and confirmed their agreement on the record. Congratulations. The settlement covers all Williams's claims against Byrd and the City of Helena-West Helena. The Court will dismiss the case with prejudice, retaining jurisdiction until 13 May 2019 to enforce the settlement. *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 380–11 (1994).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2019