IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**NATAVIA WILLIAMS**                                          **PLAINTIFF**

No. 2:17-cv-80-DPM

**CHARLES BYRD, Individually
and In His Official Capacity as a
Police Officer of the City of
Helena-West Helena**                                          **DEFENDANT**

## JUDGMENT

All claims in Williams's complaint are dismissed with prejudice. The Court retains jurisdiction until 13 May 2019 to enforce the parties' settlement.

*[signed]*
D.P. Marshall Jr.
United States District Judge

11 March 2019